(2) Pages
SCOTT LYONS   SBN 103931
ATTORNEY AT LAW
LOUIS LYONS   SBN 282499
ATTORNEY AT LAW
1010 West Main Street
Visalia, Ca 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

**BRIAN PETER COLEMAN**
**KARI ANN COLEMAN**

Debtor(s)

Case No: 18-14713-A-13
Chapter 13

DC No.: SL-2

Date: March 11, 2020
Time: 3:00 p.m.
Dept.: A
Place: U.S. Courthouse
Courtroom 11, 5th Floor
2500 Tulare St.
Fresno, California 93721
Judge: Honorable Fredrick E. Clement

**MOTION FOR DEBTORS TO INCUR FURTHER INDEBTEDNESS**

**FOR THE PURCHASE OF A VEHICLE PURSUANT TO GENERAL ORDER 05-03**

**PARAGRAPH 10(e)**

Debtors Brian Peter Coleman and Kari Ann Coleman, hereinafter referred to as "Debtors" by and through their attorney of record, Scott Lyons, hereby petitions the Court for an Order Authorizing Debtor to Incur Further Indebtedness pursuant to General Order 05-03 Paragraph 10(e) for the purchase of a new or used vehicle from a reputable dealer or private party. Debtor filed a Chapter 13 petition on November 21, 2018.

All appropriate schedules, Statement of Financial Affairs, Chapter 13 Plan, and Rights and Responsibilities of Debtor were filed on December 04, 2018.

    1. The Debtors are both employed and both Debtors need a vehicle to get to their places of work.

2. Debtors 1996 Honda Accord was involved in an Auto Theft on June 28, 2018 and vehicle was totaled.

3. Debtors were borrowing a vehicle from family to get to and from work. The vehicle that was borrowed stopped working and it would cost more to repair the vehicle than to put a down payment on a new purchase.

4. Debtor's have found a replacement vehicle and have received a replacement cost from Dollar Bill Auto Sales Inc. in the amount of $22,473.40.

5. Debtors have sent copies of their recent pay advices to the Chapter 13 Trustee.

6. Debtors have filed new Schedules I and J and are attaching same as "Exhibit A"

7. Debtors wish to purchase a vehicle for $12,899.61, and obtain financing in the amount of $21,473.40, with monthly payments of about $357.89 per month.

8. Both Debtors are currently working. The amount of disposable income available under Line 20c of Schedule J, reflects that Debtors can afford such an expenditure.

Wherefore, Debtors pray that the Court will issue an order approving the Debtors' incurring debt for the purchase of a new vehicle of up to $21,473.40.

Respectfully Submitted:

Dated: 2-25-2020

Scott Lyons, Attorney for Debtor(s)