(2) Pages
SCOTT LYONS    SBN 103931
ATTORNEY AT LAW
LOUIS LYONS    SBN 282499
ATTORNEY AT LAW
1010 West Main Street
Visalia, Ca 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**BRIAN PETER COLEMAN**<br>**KARI ANN COLEMAN**<br><br><br><br><br><br>Debtor(s) | Case No: 18-14713-A-13<br>Chapter 13<br><br>DC No.: SL-2<br><br>Date: March 11, 2020<br>Time: 3:00 p.m.<br>Dept.: A<br>Place: U.S. Courthouse<br>Courtroom 11, 5th Floor<br>2500 Tulare St.<br>Fresno, California 93721<br>Judge: Honorable Fredrick E. Clement |

## NOTICE OF MOTION FOR DEBTORS TO INCUR FURTHER INDEBTEDNESS FOR THE PURCHASE OF A VEHICLE PURSUANT TO GENERAL ORDER 05-03 PARAGRAPH 10(e)

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that the above Debtors have filed a motion seeking to incur further indebtedness of $21,473.40 for the purchase of a vehicle pursuant to General Order 05-03 Paragraph 10(e). A hearing concerning this motion will be held at the date, time and place listed above.

Pursuant to Local Bankruptcy Rule 9014-1(f)(2)(C), because this motion has been set with less than 28 days notice given, opposition to the Motion, if any, may be raised orally at the hearing on the Motion.

Pursuant to Local Rule 9014-1(d)(3)(B)(iii): Please be advised that respondents can determine whether this matter has been resolved without oral argument, or whether the Court has issued a tentative or final ruling by reviewing the United States Bankruptcy Court for the Eastern District of California's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Also be advised that parties appearing telephonically must review the pre-hearing dispositions prior to the hearing.

Dated: 2-25-2020

_____
Scott Lyons, Attorney for Debtor(s)